IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THE ESTATE OF SUSIE BRAWHAW, BY AND
THROUGH MAGNOLIA MAYS, ADMINISTRATRIX
OF THE ESTATE OF SUSIE BRAWHAW, FOR THE USE
AND BENEFIT OF THE WRONGFUL DEATH
BENEFICIARIES OF THE ESTATE OF SUSIE BRAWHAW
                                                                                              PLAINTIFF

v.                                                                                    CIVIL ACTION
                                                                             NO. 2:006-CV-194-WAP-SAA

MARINER HEALTH CARE, INC. F/K/A MARNIER
POST-ACUTE NETWORK, INC.; MARINER HEALTH CENTRAL INC.;
 NATIONAL HERITAGE REALTY, INC.; MARNIER
HEALTH CARE MANAGEMENT COMPANY F/K/A LC
MANAGEMENT COMPANY; MHC MIDAMERICA
 HOLDING CO.; MHC HOLDING CO.; EVERGREEN
HEALTHCARE, INC; GRANCARE, LLC.;
UNIDENTIFIED ENTITIES 1 THROUGH 10 AND
JOHN DOES 1 THROUGH 10
(AS TO BOLIVAR HEALTH & REHABILITATION CENTER)                 DEFENDANTS

**ORDER**

Defendants Mariner Health Care, Inc. et al seek an order to strike all of plaintiff's witnesses listed in the pretrial order [docket no. 135]. Plaintiff's pretrial order dated July 2, 2008 listed 86 "may call" witnesses. Plaintiff has further reduced the list of "may call" witnesses to 32 individuals as evidenced in a pretrial order submitted to the court on July 11, 2008. In addition, the determination of the reasonable number of witnesses to be called at trial is best left to the trier of fact. For these reasons, it is

ORDERED

That defendants' motion to strike all of plaintiff's witnesses is DENIED.

1

This the 15th day of July.

      /s/ S. ALLAN ALEXANDER
U.S. MAGISTRATE JUDGE