**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

SUSIE BRAWHAW, BY AND THROUGH
MAGNOLIA HAYS, NEXT FRIEND, FOR
THE USE AND BENEFIT OF SUSIE BRAWHAW,                    PLAINTIFF,

VS.                                              CIVIL ACTION NO. 2:06CV194-P-B

MARINER HEALTH CARE, INC., ET AL.,                       DEFENDANT.

**ORDER**

This matter comes before the court upon the plaintiff's motion to strike [150] the defendants' motions *in limine* regarding plaintiff's experts Olive Christine Williams-Brown, R.N. and Dr. Loren Lipson. Upon due consideration of the motion, the court finds as follows, to-wit:

In its March 15, 2007 Case Management Order, the court ordered that

> All dispositive motions, including motions *in limine* seeking exclusion of expert testimony, shall be filed by March 28, 2008. See Local Rule 7.2(B)(3) ("Unless otherwise ordered by the Case Management Order, all case-dispositive motions challenging an opposing party's expert shall be filed no later than fifteen calendar days after the discovery deadline.") The deadline for motions *in limine* not seeking exclusion of expert testimony is ten days before the pretrial conference; the deadline for responses is five days before the pretrial conference.

March 15, 2007 Case Management Order, ¶ 15.

On July 10, 2008 the defendants filed two motions in limine as to the expert testimony of the plaintiff's nurse expert, Ms. Olive Christine Williams-Brown, R.N. and the plaintiff's M.D. expert, Dr. Loren Lipson. The motions are untimely because they are motions *in limine* "seeking the exclusion of expert testimony." Such motions were due March 28, 2008 per the Case Management Order. Alternatively, other motions *in limine* were due ten days before the pretrial conference, which in this case was held on June 17, 2008. Ten business days before the pretrial conference rendered

1

the deadline for other motions *in limine* June 3, 2008. The instant motions were not filed until July 10, 2008.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The plaintiff's motion to strike [150] the defendants' motions in limine regarding plaintiff's experts Olive Christine Williams-Brown, R.N. and Dr. Loren Lipson is **GRANTED**; therefore,

(2) Defendants' subject motions *in limine* are hereby **DENIED** as untimely.

**SO ORDERED** this the 24th day of July, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE