**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

SUSIE BRAWHAW, BY AND THROUGH
MAGNOLIA HAYS, NEXT FRIEND, FOR
THE USE AND BENEFIT OF SUSIE BRAWHAW,  PLAINTIFF,

VS.  CIVIL ACTION NO. 2:06CV194-P-B

MARINER HEALTH CARE, INC., ET AL.,  DEFENDANT.

## ORDER

This matter comes before the court upon Defendants' Emergency Motion to Quash Trial Subpoena Issued to Roy Dumas by Plaintiff [158]. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

The motion should be denied under the following conditions. First, the plaintiff must tender to the witness a check for his mileage, which she says she will do. Second, in the event that the witness provides proof that the fee for his previously-scheduled event in New Orleans is non-refundable, the plaintiff must pay that fee in addition to any prepayments for travel and/or hotel accommodations.

The court also suggests that in the event the parties agree, the plaintiff could take a video deposition of Mr. Dumas between now and the beginning of trial on Thursday, July 31, 2008.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Emergency Motion to Quash Trial Subpoena Issued to Roy Dumas by Plaintiff [158] is **DENIED** on the conditions discussed above.

**SO ORDERED** this the 25th day of July, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE